# Third District Court of Appeal

## State of Florida

Opinion filed March 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0220
Lower Tribunal No. 15-29661
_____

## Certain Underwriters at Lloyd's of London,
Appellant,

vs.

## Juan Deangulo,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Law Offices of Clinton D. Flagg, P.A., Clinton D. Flagg, and Carol A. Fenello, for appellant.

David B. Pakula, P.A., David B. Pakula (Pembroke Pines), Perry & Neblett, P.A., David A. Neblett, and James M. Mahaffey, for appellee.

Before SCALES, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.